No. 10–8168 (10A664). MATTHEWS v. JONES, DIRECTOR, OKLA-HOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied. Certiorari denied.